# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN W. UMOREN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No. CIV-16-106-M |
| WARDEN BYRD, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

On June 10, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's federal constitutional rights. The Magistrate Judge recommended that the Amended Complaint be dismissed pursuant to 42 U.S.C. § 1997e(c) for failure to state a claim upon which § 1983 relief may be granted and that plaintiff's pending motions be denied as lacking merit and/or as moot. Plaintiff was advised of his right to object to the Report and Recommendation by July 1, 2016. On June 29, 2016, plaintiff filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 22] issued by the Magistrate Judge on June 10, 2016;

(2) DISMISSES the Amended Complaint pursuant to 42 U.S.C. § 1997e(c) for failure to state a claim upon which § 1983 relief may be granted;

(3) DENIES plaintiff's Motion for Temporary Relief [docket no. 4], plaintiff's Motion to Depose to Perpetuate Testimony [docket no. 14], and plaintiff Motion for Hearing Date on Motion to Depose to Perpetuate Testimony [docket no. 21]; and

(4) DENIES AS MOOT plaintiff's Motion for Order to Adopt Report and Recommendation [docket no. 15], plaintiff's Motion Requesting Leave to Amend and Supplement Complaint [docket no. 20], and plaintiff's Motion for Order for Service by United States Marshal [docket no. 19].

**IT IS SO ORDERED this 19th day of July, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE